IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROHAN L. FRAY,

    Petitioner,

v.

                                    ORDER

                                Case No. 24-cv-838-jdp

WARDEN E. EMMERICH,
FCI OXFORD,

    Respondent.

Petitioner Rohan L. Fray seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than December 23, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately May 26, 2024 through the date of the petition, November 26, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Rohan L. Fray may have until December 23, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

      2.     If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before December 23, 2024, I will assume that petitioner wishes to withdraw this petition.

      Entered this 26th day of November, 2024.

              BY THE COURT:

              /s/
              ANDREW R. WISEMAN
              United States Magistrate Judge